SEAN P. DEBRUINE (SBN 168071)
sean.debruine@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, California 94025-4008
Telephone: (650) 838-2000
Facsimile: (650) 838-2001

RICHARD M. MCDERMOTT (*pro hac vice*)
rick.mcdermott@alston.com
JEFFREY M. CONNOR (*pro hac vice*)
jeffrey.connor@alston.com
JITENDRA MALIK (*pro hac vice*)
jitty.malik@alston.com
JESSICA J. SIBLEY (*pro hac vice*)
jessica.sibley@alston.com
ALSTON & BIRD, LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

Attorneys for Plaintiff
ZIPTRONIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> OMNIVISION TECHNOLOGIES, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., and TSMC NORTH AMERICA CORP. <br><br> Defendants. | Case No.: 4:10-cv-05525-SBA <br><br> **ZIPTRONIX'S NOTICE REGARDING UNOPPOSED FIRST AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Ziptronix, Inc. ("Ziptronix") respectfully files its First Amended Complaint concurrently herewith. Ziptronix has obtained the written consent of Omnivision Technologies, Inc., Taiwan Semiconductor Manufacturing

ZIPTRONIX'S NOTICE REGARDING UNOPPOSED FIRST AMENDED COMPLAINT     1     Case No.: 4:10-cv-05525-SBA

1 Company Ltd., and TSMC North America Corp. ("Defendants") as required by Rule 15(a)(2). *See*
2 Fed. R. Civ. P. 15(a)(2) (explaining that if more than 21 days have passed since service of a
3 motion pursuant to Rule 12(b), "a party may amend its pleading only with the opposing party's
4 written consent or the court's leave"). For the convenience of the Court, a redline comparison of
5 the Original Complaint and the First Amended Complaint is attached hereto as Exhibit 1.
6 Defendants also have indicated to Ziptronix that they will withdraw the pending Motions to
7 Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) once the First Amended Complaint
8 is on file.

DATED: April 20, 2011   Respectfully submitted,

ALSTON & BIRD LLP

By: */s/ Jitendra Malik*
    Jitendra Malik
    Attorneys for Plaintiff
    ZIPTRONIX, INC.