SEAN P. DEBRUINE (SBN 168071)
sean.debruine@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, California 94025-4008
Telephone: (650) 838-2000
Facsimile: (650) 838-2001

RICHARD M. MCDERMOTT (*pro hac vice*)
rick.mcdermott@alston.com
JEFFREY M. CONNOR (*pro hac vice*)
jeffrey.connor@alston.com
JITENDRA MALIK (*pro hac vice*)
jitty.malik@alston.com
JESSICA J. SIBLEY (*pro hac vice*)
jessica.sibley@alston.com
ALSTON & BIRD, LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

Attorneys for Plaintiff
ZIPTRONIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>OMNIVISION TECHNOLOGIES, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., and TSMC NORTH AMERICA CORP.<br><br>        Defendants. | Case No.: 4:10-cv-05525-SBA<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL** |

The Court, having considered Jessica J. Sibley's motion to withdraw as counsel for Ziptronix, Inc., finds said motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that Jessica J. Sibley is permitted to withdraw as attorney for Ziptronix, Inc. in the above captioned case and shall be removed from all service lists and shall no longer receive electronic notices in this case.

Dated: May 31, 2011

_____
Honorable Saundra Brown Armstrong
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE WITHDRAWAL OF COUNSEL     1                      Case No.: 4:10-cv-05525-SBA