SEAN P. DeBRUINE (SBN 168071)
sean.debruine@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, California  94025-4008
Telephone:     (650) 838-2000
Facsimile:     (650) 838-2001

RICHARD M. McDERMOTT (*pro hac vice*)
rick.mcdermott@alston.com
JEFFREY M. CONNOR (*pro hac vice*)
jeffrey.connor@alston.com
JITENDRA MALIK (*pro hac vice*)
jitty.malik@alston.com
ALSTON & BIRD, LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina  28280-4000
Telephone:     (704) 444-1000
Facsimile:     (704) 444-1111

Attorneys for Plaintiff
ZIPTRONIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC., <br><br>         Plaintiff, <br><br>    v. <br><br> OMNIVISION TECHNOLOGIES, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., and TSMC NORTH AMERICA CORP. <br><br>         Defendants. | Case No.: 4:10-cv-05525-SBA <br><br> **ORDER DENYING PLAINTIFF ZIPTRONIX, INC.'S MOTION TO SHORTEN TIME** <br><br> Date: TBA <br> Time: TBA <br> Courtroom: TBA <br><br> Judge: Hon. Saundra Brown Armstrong <br> Date Comp. Filed: Dec. 6, 2010 <br> Trial Date: Not Assigned |

On May 31, 2011, Plaintiff Ziptronix, Inc. ("Ziptronix") filed a Motion to Shorten Time for the hearing date for its Motion to Dismiss the patent infringement counterclaims asserted by Defendants Taiwan Semiconductor Manufacturing Company Ltd. and TSMC North America Corp. (collectively, "TSMC"). Ziptronix requests that the hearing on its Motion to Dismiss be held on July 14, 2011, but establishes no grounds for seeking a earlier hearing other than the fact that a Case Management Conference is scheduled for July 14, 2011.

IT IS HEREBY ORDERED THAT the Court DENIES Ziptronix's Motion to Shorten Time. Further, the telephonic Case Management Conference currently scheduled for July 14, 2011 is CONTINUED to October 25, 2011 at 1:00 p.m. Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. The joint statement shall be filed no later than ten (10) days prior to the conference and shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

**IT IS SO ORDERED**.

DATED:  June 7, 2011

_Saundra B. Armstrong_
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE