1  SEAN P. DEBRUINE (SBN 168071)
   sean.debruine@alston.com
2  ALSTON & BIRD LLP
   275 Middlefield Road, Suite 150
3  Menlo Park, California  94025-4008
   Telephone:     (650) 838-2000
4  Facsimile:     (650) 838-2001

5  RICHARD M. MCDERMOTT (*pro hac vice*)
   rick.mcdermott@alston.com
6  JITENDRA MALIK (*pro hac vice*)
   jitty.malik@alston.com
7  TRAVIS IAMS (*pro hac vice*)
   Travis.iams@alston.com
8  ALSTON & BIRD LLP
   101 South Tryon Street, Suite 4000
9  Charlotte, North Carolina  28280-4000
   Telephone:     (704) 444-1000
10 Facsimile:     (704) 444-1111

11 Attorneys for Plaintiff
   ZIPTRONIX, INC.
12

13                 UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                         OAKLAND DIVISION

16

| 17 | ZIPTRONIX, INC., | Case No.: 4:10-cv-05525-SBA(EDL) |
|---|---|---|
| 18 | Plaintiff, | [PROPOSED] ORDER TO SHORTEN BRIEFING SCHEDULE FOR ZIPTRONIX'S MOTION FOR PROTECTIVE ORDER REGARDING PROPOSED INVENTOR DEPOSITIONS |
| 19 | v. | |
| 20 | OMNIVISION TECHNOLOGIES, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., and TSMC NORTH AMERICA CORP. | |
| 21 | | |
| 22 | Defendants. | Hearing Date: TBA<br>Hearing Time: TBA<br>Location:     Courtroom E, 15th Floor<br>Judge:        Hon. Elizabeth D. Laporte |
| 23 | | |
| 24 | | |

25

26

27

28

Upon consideration of the Stipulation to Shorten Briefing Schedule for Ziptronix's Motion for Protective Order Regarding Proposed Inventor Depositions Dkt. No. X, the Court hereby sets forth the following briefing schedule for Ziptronix's Motion for Protective Order Preventing Depositions of Patent Inventors (the "Motion"):

1. On or before noon Friday, July 20, 2012 Taiwan Semiconductor Manufacturing Company Ltd., and TSMC North America Corp. ("TSMC") will file its opposition to the Motion;

2. On or before noon Tuesday, July 24, 2012, Ziptronix will file its reply to TSMC's opposition.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 18, 2012

_Elijah D. Laporte_
HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

[PROPOSED] ORDER TO SHORTEN BRIEFING SCHEDULE FOR ZIPTRONIX'S MOTION FOR PROTECTIVE ORDER REGARDING PROPOSED INVENTOR DEPOSITIONS

Case No.: 4:10-cv-05525-SBA(EDL)

1