| | |
|---|---|
| 1 | SEAN P. DEBRUINE (SBN 168071) |
| | sean.debruine@alston.com |
| 2 | ALSTON & BIRD LLP |
| | 275 Middlefield Road, Suite 150 |
| 3 | Menlo Park, California  94025-4008 |
| | Telephone:     (650) 838-2000 |
| 4 | Facsimile:     (650) 838-2001 |

5  RICHARD M. MCDERMOTT (*pro hac vice*)
   rick.mcdermott@alston.com
6  JITENDRA MALIK (*pro hac vice*)
   jitty.malik@alston.com
7  TRAVIS IAMS (*pro hac vice*)
   Travis.iams@alston.com
8  ALSTON & BIRD LLP
   101 South Tryon Street, Suite 4000
9  Charlotte, North Carolina  28280-4000
   Telephone:     (704) 444-1000
10 Facsimile:     (704) 444-1111

11 Attorneys for Plaintiff
   ZIPTRONIX, INC.
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC., | Case No.: 4:10-cv-05525-SBA(EDL) |
| Plaintiff, | [PROPOSED] ORDER GRANTING ZIPTRONIX LEAVE TO AMEND PRELIMINARY INFRINGEMENT CONTENTIONS |
| v. | |
| OMNIVISION TECHNOLOGIES, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., and TSMC NORTH AMERICA CORP. | |
| Defendants. | |

1   Upon consideration of the Stipulated Motion For Leave For Ziptronix To
2   Amend Preliminary Infringement Contentions, the Court hereby orders as follows:
3       1.   Pursuant to Patent L.R. 3-6, Ziptronix is granted leave to amend its
4   preliminary infringement contentions to add allegations of infringement of Claims
5   100, 123, 151, & 159 of U.S. Patent No. 7,335,572; Claims 16-31, 33, & 76 of U.S.
6   Patent No. 7,387,944; and Claims 14-23 of U.S. Patent No. 7,553,744.
7       2.   As part of the supplementation of its preliminary infringement
8   contentions scheduled for August 10, 2012, Ziptronix shall drop allegations of
9   infringement for at least the same number of claims from the patents-in-suit as are
10  being added through the present Order.
11      3.   Defendants shall have until September 4, 2012 to serve invalidity
12  contentions directed to the aforementioned additional claims.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  July 23    , 2012

HONORABLE
United States M

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
(Seal: United States District Court, Northern District of California)