| | |
|---|---|
| SEAN P. DEBRUINE (SBN 168071) | BRIAN L. FERRALL - #160847 |
| sean.debruine@alston.com | LEO L. LAM - #181861 |
| ALSTON & BIRD LLP | QUYEN L. TA - #229956 |
| 275 Middlefield Road, Suite 150 | STACY CHEN - #261811 |
| Menlo Park, California  94025-4008 | KEKER & VAN NEST LLP |
| Telephone:    (650) 838-2000 | 633 Battery Street |
| Facsimile:      (650) 838-2001 | San Francisco, CA  94111-1809 |
| | Telephone:  (415) 391-5400 |
| RICHARD M. MCDERMOTT | Facsimile:  (415) 397-7188 |
| (admitted *pro hac vice*) | E-mail:    bferrall@kvn.com |
| rick.mcdermott@alston.com | leo@kvn.com |
| JITENDRA MALIK | qta@kvn.com |
| (admitted *pro hac vice*) | schen@kvn.com |
| jitty.malik@alston.com | Attorneys for Defendants |
| TRAVIS J. IAMS | TAIWAN SEMICONDUCTOR |
| (admitted *pro hac vice*) | MANUFACTURING COMPANY LTD., |
| travis.iams@alston.com | and TSMC NORTH AMERICA CORP. |
| ALSTON & BIRD, LLP | |
| 101 South Tryon Street, Suite 4000 | MICHAEL J. LYONS - #202284 |
| Charlotte, North Carolina  28280-4000 | MICHAEL F. CARR - #259911 |
| Telephone:    (704) 444-1000 | SOLANDRA J. CRAIG - #263923 |
| Facsimile:     (704) 444-1111 | MORGAN, LEWIS &BOCKIUSLLP |
| | 2 Palo Alto Square |
| Attorneys for Plaintiff | 3000 El Camino Real, Suite 700 |
| ZIPTRONIX, INC. | Palo Alto, CA  94306-2122 |
| | Tel:  650.843.4000 |
| | Fax:  650.843.4001 |
| | E-mail:  mlyons@morganlewis.com |
| | mcarr@morganlewis.com |
| | scraig@morganlewis.com |
| | Attorneys for Defendant |
| | OMNIVISION TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC., | Case No. 4:10-cv-05525-SBA (EDL) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING THE PRODUCTION OF PRIVILEGE LOGS** |
| v. | |
| OMNIVISION TECHNOLOGIES, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., and TSMC NORTH AMERICA CORP., | Judge:     Hon. Elizabeth D. Laporte |
| | Date Comp. Filed:     December 6, 2010 |
| Defendants. | Trial Date:  Not Assigned |

1  The parties in this action STIPULATE and AGREE as follows:

2  1. For documents produced on or before August 10, 2012, the parties will exchange
3  privilege logs on September 14, 2012;

4  2. For documents produced after August 10, 2012, the parties will exchange
5  privilege logs within 30 days following each such production.

7  Dated: August 14, 2012

ALSTON & BIRD LLP
By: /s/ Rick M. McDermott
RICHARD M. MCDERMOTT
Attorneys for Plaintiff
ZIPTRONIX INC.

Dated: August 14, 2012

MORGAN, LEWIS & BOCKIUS LLP
By: /s/ Michael J. Lyons
MICHAEL JOHN LYONS
Attorneys for Defendant
OMNIVISION TECHNOLOGIES, INC.

KEKER & VAN NEST LLP
Dated: August 14, 2012
By: /s/ Quyen L. Ta
QUYEN L. TA
Attorneys for Defendants
TAIWAN SEMICONDUCTOR
MANUFACTURING COMPANY LTD.,
and TSMC NORTH AMERICA CORP.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __August 15__, 2012

_/s/ Elizabeth D. Laporte_
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that all counsel listed above have concurred in the filing of this Stipulation and [Proposed] Order.

Dated: August 14, 2012                              /s/ *Stacy Chen*
                                                                STACY CHEN