| | |
|---|---|
| SEAN P. DEBRUINE (SBN 168071) | KEKER & VAN NEST LLP |
| sean.debruine@alston.com | BRIAN L. FERRALL - #160847 |
| ALSTON & BIRD LLP | LEO L. LAM - #181861 |
| 275 Middlefield Road, Suite 150 | QUYEN L. TA - #229956 |
| Menlo Park, California 94025-4008 | 633 Battery Street |
| Telephone: (650) 838-2000 | San Francisco, CA 94111-1809 |
| Facsimile: (650) 838-2001 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| RICHARD M. MCDERMOTT | E-mail: bferrall@kvn.com |
| (admitted *pro hac vice*) | leo@kvn.com |
| rick.mcdermott@alston.com | qta@kvn.com |
| JITENDRA MALIK | |
| (admitted *pro hac vice*) | Attorneys for Defendants |
| jitty.malik@alston.com | TAIWAN SEMICONDUCTOR |
| TRAVIS J. IAMS | MANUFACTURING COMPANY LTD., |
| (admitted *pro hac vice*) | and TSMC NORTH AMERICA CORP. |
| travis.iams@alston.com | |
| ALSTON & BIRD, LLP | MICHAEL J. LYONS - #202284 |
| 101 South Tryon Street, Suite 4000 | MICHAEL F. CARR - #259911 |
| Charlotte, North Carolina 28280-4000 | SOLANDRA J. CRAIG - #263923 |
| Telephone: (704) 444-1000 | MORGAN, LEWIS & BOCKIUS LLP |
| Facsimile: (704) 444-1111 | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 700 |
| Attorneys for Plaintiff | Palo Alto, CA 94306-2122 |
| ZIPTRONIX, INC. | Tel: 650.843.4000 |
| | Fax: 650.843.4001 |
| | E-mail: mlyons@morganlewis.com |
| | mcarr@morganlewis.com |
| | scraig@morganlewis.com |
| | |
| | Attorneys for Defendant |
| | OMNIVISION TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC., | Case No. 4:10-cv-05525-SBA(EDL) |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR ADJUSTMENT OF BRIEFING SCHEDULE FOR MARKMAN HEARING |
| v. | |
| OMNIVISION TECHNOLOGIES, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., and TSMC NORTH AMERICA CORP., | Judge: Hon. Saundra Brown Armstrong |
| Defendants. | Date Comp. Filed: December 6, 2010 |
| | Trial Date: Not Assigned |

Upon consideration of the Stipulated Motion for Adjustment of Briefing Schedule for Markman Hearing, the Court hereby orders as follows:

1. Pending the outcome of the Case Management Conference scheduled for August 22, 2012, the dates specified by the current Case Management Order for claim construction briefing (D.E. 75) are adjusted, based on the stipulation of the parties, as follows:

| Event | Current Date (D.E. 75) | New Date |
|---|---|---|
| Claim construction discovery (deposition) deadline | August 15, 2012 | September 7, 2012 |
| Opening claim-construction briefs | 8/31/12 | 9/14/12 |
| Responsive claim-construction briefs | 9/18/12 | 10/2/12 |
| Reply claim-construction briefs | 9/28/12 | 10/12/12 |
| Tutorial/Markman Hearing | 11/7/2012 @ 10 am, 4 hrs. 11/8/2012 @ 10 am, 4 hrs. | Unchanged |
| Case Management Conference | 11/8/12 after Markman | Unchanged |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/23/12

*Saundra B. Armstrong*
Hon. Saundra Brown Armstrong
U.S. District Court Judge

---

1
[Proposed] Order Granting Motion for Adjustment of Briefing Schedule for Markman Hearing
CASE NO. 4:10-cv-05525-SBA(EDL)