| | |
|---|---|
| SEAN P. DEBRUINE (SBN 168071) | KEKER & VAN NEST LLP |
| sean.debruine@alston.com | BRIAN L. FERRALL - #160847 |
| ALSTON & BIRD LLP | LEO L. LAM - #181861 |
| 275 Middlefield Road, Suite 150 | QUYEN L. TA - #229956 |
| Menlo Park, California 94025-4008 | 633 Battery Street |
| Telephone: (650) 838-2000 | San Francisco, CA 94111-1809 |
| Facsimile: (650) 838-2001 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| RICHARD M. MCDERMOTT | E-mail: bferrall@kvn.com |
| (admitted *pro hac vice*) | leo@kvn.com |
| rick.mcdermott@alston.com | qta@kvn.com |
| BLAS P. ARROYO | |
| (admitted *pro hac vice*) | Attorneys for Defendants |
| blas.arroyo@alston.com | TAIWAN SEMICONDUCTOR |
| JITENDRA MALIK | MANUFACTURING COMPANY LTD., |
| (admitted *pro hac vice*) | and TSMC NORTH AMERICA CORP. |
| jitty.malik@alston.com | |
| TRAVIS J. IAMS | MICHAEL J. LYONS - #202284 |
| (admitted *pro hac vice*) | MICHAEL F. CARR - #259911 |
| travis.iams@alston.com | SOLANDRA J. CRAIG - #263923 |
| ALSTON & BIRD, LLP | MORGAN, LEWIS & BOCKIUS LLP |
| 101 South Tryon Street, Suite 4000 | 2 Palo Alto Square |
| Charlotte, North Carolina 28280-4000 | 3000 El Camino Real, Suite 700 |
| Telephone: (704) 444-1000 | Palo Alto, CA 94306-2122 |
| Facsimile: (704) 444-1111 | Tel: 650.843.4000 |
| | Fax: 650.843.4001 |
| Attorneys for Plaintiff | E-mail: mlyons@morganlewis.com |
| ZIPTRONIX, INC. | mcarr@morganlewis.com |
| | scraig@morganlewis.com |
| | |
| | Attorneys for Defendant |
| | OMNIVISION TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC., | Case No. 4:10-cv-05525-SBA(EDL) |
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION FOR ADJUSTMENT OF CASE SCHEDULE** |
| v. | |
| OMNIVISION TECHNOLOGIES, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., and TSMC NORTH AMERICA CORP., | Judge:   Hon. Saundra Brown Armstrong<br>Date Comp. Filed:   December 6, 2010<br>Trial Date: Not Assigned |
| Defendants. | |

Upon consideration of the Stipulated Motion for Adjustment of Case Schedule, good cause being found for granting the same, the Court hereby orders the following modified case schedule:

| Event | Date |
| --- | --- |
| Defendants serve Pat. L. R. 3-3 invalidity contentions for new patents | September 28, 2012 |
| Parties identify and exchange proposed terms to be construed pursuant to Pat. L. R. 4-1 | September 28, 2012 |
| Parties exchange preliminary constructions and identification of evidence for proposed terms to be construed pursuant to Pat. L. R. 4-2 | October 12, 2012 |
| Parties file Amended Joint Claim Construction and Prehearing Statement pursuant to Pat. L. R. 4-3 | November 2, 2012 |
| Last day for completing claim construction discovery | November 9, 2012 |
| Opening claim-construction briefs | November 16, 2012 |
| Responsive claim-construction briefs | December 10, 2012 |
| Reply claim-construction briefs | December 20, 2012 |
| Tutorial/Markman Hearing | January 23, 2013 at 10:00 a.m. |
| Case Management Conference | Immediately following *Markman* hearing |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/26/12

HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge