1  SEAN P. DEBRUINE (SBN 168071)
   sean.debruine@alston.com
2  ALSTON & BIRD LLP
   275 Middlefield Road, Suite 150
3  Menlo Park, California 94025-4008
   Telephone:    (650) 838-2000
4  Facsimile:    (650) 838-2001

5  RICHARD M. MCDERMOTT
   (*pro hac vice*)
6  rick.mcdermott@alston.com
   BLAS P. ARROYO
7  (*pro hac vice*)
   blas.arroyo@alston.com
8  JITENDRA MALIK
   (*pro hac vice*)
9  jitty.malik@alston.com
   DAVID M. ALBAN
10 (*pro hac vice*)
   david.alban@alston.com
11 TRAVIS IAMS
   (*pro hac vice*)
12 travis.iams@alston.com
   ALSTON & BIRD LLP
13 101 South Tryon Street, Suite 4000
   Charlotte, North Carolina 28280-4000
14 Telephone:    (704) 444-1000
   Facsimile:    (704) 444-1111
15
   Attorneys for Plaintiff
16 ZIPTRONIX, INC.

   KEKER & VAN NEST LLP
   BRIAN L. FERRALL - #160847
   bferrall@kvn.com
   LEO L. LAM - #181861
   llam@kvn.com
   BENJAMIN W. BERKOWITZ - #244441
   bberkowitz@kvn.com
   633 Battery Street
   San Francisco, CA  94111-1809
   Telephone:    (415) 391-5400
   Facsimile:    (415) 397-7188

   Attorneys for Defendants
   TAIWAN SEMICONDUCTOR
   MANUFACTURING COMPANY LTD.,
   and TSMC NORTH AMERICA CORP.

   MICHAEL J. LYONS - #202284
   mlyons@morganlewis.com
   MICHAEL F. CARR - #259911
   mcarr@morganlewis.com
   SOLANDRA J. CRAIG - #263923
   scraig@morganlewis.com
   MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
   3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2122
   Telephone:    (650) 843-4000
   Facsimile:    (650) 843-4001

   Attorneys for Defendant
   OMNIVISION TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC., | Case No. 4:10-CV-05525-SBA (EDL) |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING-IN-PART AND DENYING-IN-PART TSMC'S MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS** |
| v. | |
| OMNIVISION TECHNOLOGIES, INC.; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD.; and TSMC NORTH AMERICA CORP., | Date Filed:  December 6, 2010 |
| Defendants. | Trial Date:  March 3, 2014 |

**[PROPOSED] ORDER GRANTING-IN-PART AND DENYING-IN-PART TSMC'S MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**
Case No. 4:10-CV-05525-SBA (EDL)

758721

The Court, after having fully considered the materials and arguments presented by the parties, hereby finds that there is good cause to grant TSMC leave to amend its invalidity contentions to add the invalidity arguments accompanying TSMC's motion for leave based on the following seven prior art references:

1. P. Amirfeiz, S. Bengtsson, M. Bergh, E. Zanghellini, and L. Börjesson, *Formation of Silicon Structures by Plasma-Activated Wafer Bonding*, Journal of the Electrochemical Society, 147 (7) pp. 2693-2698, The Electrochemical Society (2000);

2. Petra Amirfeiz, S. Bengtsson, M. Bergh, E. Zanghellini, and L. Börjesson, *Formation of Silicon Structures by Plasma Activated Wafer Bonding*, Semiconductor Wafer Bonding: Science, Technology, and Applications V, Proceedings of the International Symposia, Proceedings Vol. 99-35, pp. 29-35, The Electrochemical Society, Inc. (2000);

3. Petra Amirfeiz and Stefan Bengtsson, *Formation of Silicon Structures by Plasma Activated Wafer Bonding*, The 1999 Joint International Meeting, October 17-22, 1999, Meeting Abstracts, 196th Meeting of The Electrochemical Society, (1999);

4. Stefan Bengtsson and Petra Amirfeiz, *Low Temperature Wafer Bonding*, International Conference on Compliant & Alternative Substrate Technology, Meeting Program & Abstract Book, The Minerals, Metals & Materials Society (1999);

5. U. Gösele, M. Alexe, P. Kopperschmidt and Q-Y. Tong, *Semiconductor Wafer Bonding: A Flexible Approach to Materials Combinations in Microelectronics; Micromechanics, and Optoelectronics*, Semiconductor Conference, 1997. CAS '97 Proceedings., 1997 International, Volume 1, pp. 23-32 (1997);

6. Q.-Y. Tong, G. Kidao, T. Y. Tan and U. Gösele, *Wafer Bonding of Si with Dissimilar Materials*, Solid-State and Integrated Circuit Technology, 1995 4th International Conference on Solid-State and Integrated Circuit Technology Proceedings, pp. 524-526 (1995); and

7. Barry E. Burke, J. A. Gregory, M. W. Bautz, G. Y. Prigozhin, S. E. Kissel, Bernard B. Kosicki, Andrew H. Loomis, and Douglas J. Young, *Soft-X-Ray CCD Imagers for AXAF*, IEEE Transactions on Electron Devices, Vol. 44, No. 10, (October 1997).

The Court does not find there is good cause to grant TSMC leave to amend its invalidity contentions based on the following two previously-asserted prior art references:

1. Dr. Shari Farrens, *Low Temperature Wafer Bonding*, Electrochemical Society Semiconductor Wafer Bonding: Science, Technology, and Applications:

1
**[PROPOSED] ORDER GRANTING-IN-PART AND DENYING-IN-PART TSMC'S MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**
Case No. 4:10-CV-05525-SBA (EDL)

758721

Proceedings Volume 97-36, pp. 425-436 (1998); and

2. Robert W. Bower and Mohd S. Ismail, *Low temperature $Si_3N_4$ Direct Bonding*, Appl. Phys. Lett. 62 (26), pp. 3485-3487 (June 28 1993).

Accordingly, the Court **GRANTS-IN-PART AND DENIES-IN-PART** TSMC's Motion for Leave to Amend Invalidity Contentions. TSMC shall serve consolidated contentions consistent with this order within fourteen days of its issuance.

**IT IS SO ORDERED.**

DATE: May 31, 2013

_____
HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge