UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>OMNIVISION TECHNOLOGIES, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., and TSMC NORTH AMERICA CORP.,<br><br>    Defendants. | Case No:  C 10-05525 SBA<br><br>**ORDER** |

IT IS HEREBY ORDERED THAT the tutorial and claims construction hearing scheduled for June 19, 2013 is VACATED.  IT IS FURTHER ORDERED THAT a Case Management Conference is scheduled for **July 11, 2013 at 3:15 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  Plaintiff is responsible for filing the joint statement no less than seven (7) days prior to the conference date.  The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

    IT IS SO ORDERED.

Dated:  6/10/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge