United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIPTRONIX, INC, | No. C -10-05525 SBA (EDL) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO SHORTEN TIME** |
| v. | |
| OMNIVISION TECHNOLOGIES, INC., et al., | |
| Defendants. | |

On July 26, 2013, Plaintiff filed a motion to shorten time to hear its motion to compel Defendant Taiwan Semiconductor Manufacturing Company ("TSMC") to produce witnesses for deposition. On July 30, 2013, Defendant TSMC filed an opposition to Plaintiff's motion to shorten time. The Court has reviewed the parties' briefs and concludes that Plaintiff has not shown good cause to shorten time. Therefore, Plaintiff's motion to shorten time is denied and Plaintiff's motion to compel will be heard on the regular schedule on September 3, 2013.

The Court notes that Defendant TSMC has filed a motion for clarification of Judge Armstrong's case management scheduling order, which is also set for hearing on September 3, 2013. The Court orders the parties to raise this issue with Judge Armstrong at the August 7, 2013 case management conference so that Judge Armstrong can determine whether she would like to clarify this issue or whether she would like this Court to address the matter by noticed motion.

**IT IS SO ORDERED.**

Dated: August 1, 2013

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge