UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC., <br><br>    Plaintiff, <br><br>    vs. <br><br> OMNIVISION TECHNOLOGIES, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., and TSMC NORTH AMERICA CORP., <br><br>    Defendants. | Case No:  C 10-05525 SBA <br><br> **ORDER** <br><br> Docket 181, 302 |

On July 11, 2013, the Court scheduled the *Markman* hearing in this matter for January 29, 2014.  Dkt. 283.  On August 8, 2013, a Case Management Conference was held.  Dkt. 298.  Following the Case Management Conference, the Court issued a Minute Order indicating that "[a]ll previously scheduled dates are maintained."  Id.  On August 12, 2013, Defendants filed a letter requesting clarification regarding the deadlines set forth in the Court's February 11, 2013 pretrial scheduling order.  Dkt. 302.  In light of the continuance of the *Markman* hearing to January 29, 2014, IT IS HEREBY ORDERED that all deadlines in the Court's February 11, 2013 pretrial scheduling order are VACATED except for the deadline for joinder of other parties and to amend the pleadings.  See Dkt. 181.  The Court will reschedule the vacated deadlines after the *Markman* hearing.

IT IS FURTHER ORDERED THAT a Case Management Conference is scheduled for **February 27, 2014 at 3:00 p.m**.  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  Plaintiff is responsible for filing the joint statement no less than seven (7) days prior to the conference date.  The joint statement shall comply with the Standing Order for All Judges

1 | of the Northern District of California and the Standing Orders of this Court. Plaintiff is
2 | responsible for setting up the conference call, and on the specified date and time, shall call
3 | (510) 637-3559 with all parties on the line.
4 |     IT IS SO ORDERED.
5 | Dated: 8/21/2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge