KEKER & VAN NEST LLP
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
LEO L. LAM - # 181861
llam@kvn.com
QUYEN L. TA - # 229956
qta@kvn.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@kvn.com
THOMAS E. GORMAN - # 279409
tgorman@kvn.com
WINSTON LIAW - # 273899
wliaw@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants and Counter-Claimants
Taiwan Semiconductor Manufacturing Company
Ltd. and TSMC North America Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>OMNIVISION TECHNOLOGIES, INC.; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD.; and TSMC NORTH AMERICA CORP.,<br><br>　　　　　Defendants. | Case No. 4:10-CV-05525-SBA (EDL)<br><br>[PROPOSED] ORDER GRANTING ZIPTRONIX INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>Date Filed: December 6, 2010<br><br>Trial Date: March 3, 2014 |

[PROPOSED] ORDER GRANTING ZIPTRONIX INC.'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL
Case No. 4:10-CV-05525-SBA (EDL)

774429.01

1  The Court, after having fully considered the papers and arguments presented by the
2 parties, and good cause having been shown, Ziptronix's Administrative Motion to File
3 Documents under Seal (D.E. 292) is hereby **GRANTED**.
4 The public copies of:
5  - Ziptronix, Inc.'s Opposition to TSMC's Motion for Clarification Regarding Discovery
6    Limits; and
7  - Exhibit 3 to the Declaration of David M. Alban in Support of Ziptronix's Opposition
8    to Motion for Clarification Regarding Discovery Limits
9 are correctly redacted to avoid disclosure of confidential information relating to TSMC NA's
10 internal operations.  Within one week of this Order, Ziptronix shall electronically file, under seal,
11 unredacted copies of the above documents.
12  **IT IS SO ORDERED.**

14 DATE: August 23, 2013     _____
15                            HONORABLE ELIZABETH D. LAPORTE
                              United States Magistrate Judge