| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
|  | BRIAN L. FERRALL - # 160847 |
| 2 | bferrall@kvn.com |
|  | LEO L. LAM - # 181861 |
| 3 | llam@kvn.com |
|  | QUYEN L. TA - # 229956 |
| 4 | qta@kvn.com |
|  | BENJAMIN BERKOWITZ - # 244441 |
| 5 | bberkowitz@kvn.com |
|  | THOMAS E. GORMAN - # 279409 |
| 6 | tgorman@kvn.com |
|  | WINSTON LIAW - # 273899 |
| 7 | wliaw@kvn.com |
|  | 633 Battery Street |
| 8 | San Francisco, CA 94111-1809 |
|  | Telephone:     415 391 5400 |
| 9 | Facsimile:     415 397 7188 |

Attorneys for Defendants and Counter-Claimants
TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD.; and TSMC NORTH AMERICA CORP.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC., | Case No. 4:10-CV-05525-SBA (EDL) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING-IN-PART AND DENYING-IN PART ZIPTRONIX'S MOTION TO SEAL** |
| v. | |
| OMNIVISION TECHNOLOGIES, INC.; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD.; and TSMC NORTH AMERICA CORP., | |
| Defendants. | |
| TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD. and TSMC NORTH AMERICA CORP., | Dept.:     Courtroom E, 15th Floor<br>Judge:    Hon. Elizabeth D. Laporte<br>Date Filed: December 6, 2010 |
| Counter-Claimants, | Trial Date:    Not assigned |
| v. | |
| ZIPTRONIX, INC., | |
| Counter-Defendant.. | |

[PROPOSED] ORDER GRANTING-IN-PART AND DENYING-IN-PART MOTION TO SEAL
Case No. 4:10-CV-05525-SBA (EDL)

776873.01

The Court, after having fully considered the materials and arguments presented by the parties, and good cause appearing, Ziptronix, Inc.'s Administrative Motion to File Documents under Seal (Dkt. 303) is hereby **GRANTED-IN-PART** and **DENIED-IN-PART**.

Exhibits 11 through 15—filed in support of Ziptronix's Reply in support of its Motion to Compel—shall be filed under seal. The Supplemental Alban Declaration, which contains information gleaned from Exhibits 11 through 15, shall also be filed under seal.

Exhibit 10 may not be filed under seal, as it has already been excerpted to exclude confidential information. Ziptronix shall file Exhibit 10 publicly within seven days of this order.

**IT IS SO ORDERED.**

DATE: August 23, 2013

_____
HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge