# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
AMENDED
## CIVIL MINUTES

JANUARY 7, 2014

**ELIZABETH D. LAPORTE**                                          **Date:** ~~January 8, 2014~~
**UNITED STATES CHIEF MAGISTRATE JUDGE**

**Case No:**     C-10-05525

**Title:**        ZIPTRONIX, INC v. OMNIVISION TECHNOLOGIES, INC. ET AL

**Attorneys:**    Blas P. Arroyo                  Benjamin Berkowitz/Michael Carr

**Deputy Clerk:**      Lisa R. Clark

**Court Reporter:**           **Tape No.** 2:53-3:21

                                         (Time: 28 minutes )

**PROCEEDINGS:**                                    **RULINGS:**

Motion to Amend/Correct                             Submitted

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:** [ ] Plaintiff [ ] Defendant [ x] Court

**Case Continued to:**

Notes:

cc: