UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC., | Case No: C 10-05525 SBA |
| Plaintiff, | **ORDER** |
| vs. | |
| OMNIVISION TECHNOLOGIES, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., and TSMC NORTH AMERICA CORP., | |
| Defendants. | |

IT IS HEREBY ORDERED THAT the claims construction hearing scheduled for February 12, 2014 is VACATED. The claims construction hearing will be rescheduled following the resolution of Defendants Taiwan Semiconductor Manufacturing Company Ltd. and TSMC North America Corp.'s motion for summary judgment. Dkt. 372. IT IS FURTHER ORDERED THAT the parties' stipulation regarding the use of electronic equipment at the claims construction hearing is DENIED as moot. This Order terminates Docket 380.

IT IS SO ORDERED.

Dated: 2/6/2014

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge