KEKER & VAN NEST LLP
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
LEO L. LAM - # 181861
llam@kvn.com
BENJAMIN W. BERKOWITZ - # 244441
bberkowitz@kvn.com
THOMAS E. GORMAN - # 279409
tgorman@kvn.com
WINSTON LIAW - # 273899
wliaw@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants Taiwan Semiconductor
Manufacturing Company Ltd. and TSMC North America Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> OMNIVISION TECHNOLOGIES, INC.; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD.; and TSMC NORTH AMERICA CORP., <br><br> Defendants. | Case No. 4:10-CV-05525-SBA (EDL) <br><br> **ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** <br><br> Dept.:     Courtroom 1, 4th Floor <br> Judge:    Hon. Saundra B. Armstrong <br><br> Date Filed: December 6, 2010 |

---

[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
Case No. 4:10-CV-05525-SBA (EDL)

804892.01

1     The Court, finding good cause, hereby **GRANTS** Defendant TSMC's Motion to Remove Incorrectly Filed Documents.

    The Court **HEREBY ORDERS THE CLERK** to remove, from the physical and electronic docket, the following documents:

- Motion for Summary Judgment, currently filed as Dkt. 372;
- Exhibit A to the Declaration of Thomas E. Gorman in Support of TSMC Defendants' Motion for Summary Judgment, currently filed as Dkt. 372-11;
- Declaration of Joshua Cheng in Support of Motion for Summary Judgment, currently filed as Dkt. 372-2;
- Declaration of Simon Wang in Support of Motion for Summary Judgment, currently filed as Dkt. 372-6;
- Exhibit A to the Declaration of Winston Liaw in Support of Ziptronix, Inc.'s Administrative Motions to File Material Under Seal, currently filed as Dkt. 393-1.

**IT IS SO ORDERED.**

DATE: 2/21/2014

*Saundra B. Armstrong*
Saundra Brown Armstrong
United States Senior District Judge