| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | BRIAN L. FERRALL - # 160847 |
| 2 | bferrall@kvn.com |
| | LEO L. LAM - # 181861 |
| 3 | llam@kvn.com |
| | BENJAMIN W. BERKOWITZ - # 244441 |
| 4 | bberkowitz@kvn.com |
| | THOMAS E. GORMAN - # 279409 |
| 5 | tgorman@kvn.com |
| | WINSTON LIAW - # 273899 |
| 6 | wliaw@kvn.com |
| | 633 Battery Street |
| 7 | San Francisco, CA 94111-1809 |
| | Telephone:     415 391 5400 |
| 8 | Facsimile:     415 397 7188 |

Attorneys for Defendants Taiwan Semiconductor Manufacturing Company Ltd. and TSMC North America Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC., | Case No. 4:10-CV-05525-SBA (EDL) |
| Plaintiff, | **ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |
| v. | |
| OMNIVISION TECHNOLOGIES, INC.; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD.; and TSMC NORTH AMERICA CORP., | Dept.:     Courtroom 1, 4th Floor |
| | Judge:     Hon. Saundra B. Armstrong |
| | Date Filed: December 6, 2010 |
| Defendants. | |

---

[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
Case No. 4:10-CV-05525-SBA (EDL)

805401.01

1  The Court, finding good cause, hereby **GRANTS** Defendant TSMC's Motion to Remove Incorrectly Filed Documents.

The Court **HEREBY ORDERS THE CLERK** to remove, from the physical and electronic docket, the following documents:

- TSMC-Ltd and TSMC-NA Motion for Summary Judgment - Redacted Version of Document Sought to be Sealed, currently filed as Dkt. 371-3;
- Exhibit A – Redacted Version of Document Sought to be Sealed, currently filed as Dkt. 371-17;
- Declaration of Joshua Cheng in Support of Motion for Summary Judgment – Redacted Version of Document Sought to be Sealed, currently filed as Dkt. 371-6;
- Declaration of Simon Wang in Support of Motion for Summary Judgment – Redacted Version of Document Sought to be Sealed, currently filed as Dkt. 371-11.

**IT IS SO ORDERED.**

DATE:  2/24/2014

*Saundra B Armstrong*
Saundra Brown Armstrong
United States Senior District Judge

---

1
[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
Case No. 4:10-CV-05525-SBA (EDL)

805401.01