KEKER & VAN NEST LLP
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
LEO L. LAM - # 181861
llam@kvn.com
STEVEN A. HIRSCH - #171825
shirsch@kvn.com
QUYEN L. TA - # 229956
qta@kvn.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@kvn.com
THOMAS E. GORMAN - # 279409
tgorman@kvn.com
WINSTON LIAW - # 273899
wliaw@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants and Counter-Claimants
TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY
LTD.; and TSMC NORTH AMERICA CORP.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC., <br><br>             Plaintiff, <br><br>        v. <br><br> OMNIVISION TECHNOLOGIES, INC.; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD.; and TSMC NORTH AMERICA CORP., <br><br>             Defendants. | Case No. 4:10-CV-05525-SBA (EDL) <br><br> **[PROPOSED]** ORDER GRANTING TSMC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL |
| TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD. and TSMC NORTH AMERICA CORP., <br><br>             Counter-Claimants, <br><br>        v. <br><br> ZIPTRONIX, INC., <br><br>             Counter-Defendant. | Date:       March 4, 2014 <br> Time:       1:00 p.m. <br> Dept.:       Courtroom 1, 4th Floor <br> Judge:      Hon. Saundra Brown Armstrong <br><br> Date Filed: December 6, 2010 <br><br> Trial Date:   Not assigned |

1  The Court has fully considered the papers and arguments presented by the parties.  Good
2  cause having been shown, Defendants' Administrative Motion to File Documents under Seal is
3  hereby **GRANTED**.
4  The redacted, publicly filed versions of:
5  - TSMC-Ltd's and TMSC-NA's Motion for Summary Judgment
6  - The Declaration of Joshua Cheng
7  - The Declaration of Tricia Chu
8  - The Declaration of Simon Wang
9  - Exhibits A and B to the Declaration of Thomas E. Gorman
10 are correctly redacted to avoid disclosure of Defendants' confidential business information.  Their
11 unredacted versions will remain under seal.
12 The following documents will remain under seal in their entirety in order to avoid
13 disclosure of Defendants' confidential business information:
14 - Exhibit A to the Motion for Summary Judgment
15 - Exhibits A, B, and C to the Declaration of Joshua Cheng
16 - Exhibit A to the Declaration of Tricia Chu
17 - Exhibit A to the Declaration of Simon Wang
18 - Exhibits D, E, and F to the Gorman Declaration.
19
20 **IT IS SO ORDERED.**
21
22 DATE:  4/21/2014

_Saundra B. Armstrong_
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge

1
[PROPOSED] ORDER GRANTING TSMC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL
Case No. 4:10-CV-05525-SBA (EDL)

800154.01