1  SEAN P. DEBRUINE (SBN 168071)
   sean.debruine@alston.com
2  ALSTON & BIRD LLP
   275 Middlefield Road, Suite 150
3  Menlo Park, California  94025-4008
   Telephone:     (650) 838-2000
4  Facsimile:     (650) 838-2001

5  RICHARD M. MCDERMOTT (*pro hac vice*)
   rick.mcdermott@alston.com
6  BLAS P. ARROYO (*pro hac vice*)
   blas.arroyo@alston.com
7  JITENDRA MALIK (*pro hac vice*)
   jitty.malik@alston.com
8  TRAVIS IAMS (*pro hac vice*)
   Travis.iams@alston.com
9  ALSTON & BIRD LLP
   101 South Tryon Street, Suite 4000
10 Charlotte, North Carolina  28280-4000
   Telephone:     (704) 444-1000
11 Facsimile:     (704) 444-1111

12 Attorneys for Plaintiff
   ZIPTRONIX, INC.

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                           OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC., | Case No.: 4:10-cv-05525-SBA(EDL) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF ZIPTRONIX, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THIRD PARTY MOTOROLA MOBILITY LLC'S DOCUMENT** |
| v. | |
| OMNIVISION TECHNOLOGIES, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., and TSMC NORTH AMERICA CORP. | |
| Defendants. | **Hearing Date:** March 4, 2014<br>**Hearing Time:** 1:00 p.m.<br>**Location:** Courtroom 1, 4th Floor<br>**Judge:** Hon. Saundra Brown Armstrong |

# [PROPOSED] ORDER

Upon good cause shown, **IT IS HEREBY ORDERED** that PLAINTIFF ZIPTRONIX, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THIRD PARTY MOTOROLA MOBILITY LLC'S DOCUMENT (D.E. 381) is GRANTED and the following documents shall be filed under seal by the Clerk:

- Exhibit 48 to the Declaration of Travis Iams in Support of Ziptronix, Inc.'s Response in Opposition to Defendant Taiwan Semiconductor Manufacturing Company, Ltd. and TSMC North America Corp.'s Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: April 21, 2014

HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Court Judge