SEAN P. DEBRUINE (SBN 168071)
sean.debruine@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, California 94025-4008
Telephone:   (650) 838-2000
Facsimile:   (650) 838-2001

RICHARD M. MCDERMOTT (*pro hac vice*)
rick.mcdermott@alston.com
BLAS P. ARROYO (*pro hac vice*)
blas.arroyo@alston.com
JITENDRA MALIK (*pro hac vice*)
jitty.malik@alston.com
TRAVIS IAMS (*pro hac vice*)
Travis.iams@alston.com
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
Telephone:   (704) 444-1000
Facsimile:   (704) 444-1111

Attorneys for Plaintiff
ZIPTRONIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OMNIVISION TECHNOLOGIES, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., and TSMC NORTH AMERICA CORP.<br><br>　　　　　　Defendants. | Case No.: 4:10-cv-05525-SBA(EDL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ZIPTRONIX, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THIRD PARTY APPLE, INC.'S DOCUMENTS**<br><br>**Hearing Date:** March 4, 2014<br>**Hearing Time:** 1:00 p.m.<br>**Location:** Courtroom 1, 4th Floor<br>**Judge:** Hon. Saundra Brown Armstrong |

# [~~PROPOSED~~] ORDER

Upon good cause shown, **IT IS HEREBY ORDERED** that PLAINTIFF ZIPTRONIX, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THIRD PARTY APPLE, INC.'S DOCUMENTS (D.E. 382) is GRANTED and the following documents shall be filed under seal by the Clerk:

- Exhibit 47, 49, 50 and 54-57 to the Declaration of Travis Iams in Support of Ziptronix, Inc.'s Response in Opposition to Defendant Taiwan Semiconductor Manufacturing Company, Ltd. and TSMC North America Corp.'s Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: April 21, 2014

HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Court Judge