1    SEAN P. DEBRUINE (SBN 168071)
     sean.debruine@alston.com
2    ALSTON & BIRD LLP
     275 Middlefield Road, Suite 150
3    Menlo Park, California  94025-4008
     Telephone:    (650) 838-2000
4    Facsimile:    (650) 838-2001

5    RICHARD M. MCDERMOTT (*pro hac vice*)
     rick.mcdermott@alston.com
6    BLAS P. ARROYO (*pro hac vice*)
     blas.arroyo@alston.com
7    JITENDRA MALIK (*pro hac vice*)
     jitty.malik@alston.com
8    TRAVIS IAMS (*pro hac vice)*
     Travis.iams@alston.com
9    ALSTON & BIRD LLP
     101 South Tryon Street, Suite 4000
10   Charlotte, North Carolina  28280-4000
     Telephone:    (704) 444-1000
11   Facsimile:    (704) 444-1111

12   Attorneys for Plaintiff
     ZIPTRONIX, INC.
13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                        OAKLAND DIVISION

17

18   ZIPTRONIX, INC.,                      Case No.: 4:10-cv-05525-SBA(EDL)

19              Plaintiff,                  **[PROPOSED]** ORDER GRANTING
                                            **PLAINTIFF ZIPTRONIX, INC.'S**
20        v.                                **ADMINISTRATIVE MOTION TO FILE**
                                            **UNDER SEAL DEFENDANTS' MATERIAL**
21   OMNIVISION TECHNOLOGIES, INC.,
     TAIWAN SEMICONDUCTOR
22   MANUFACTURING COMPANY LTD., and
     TSMC NORTH AMERICA CORP.
23                                          **Hearing Date:** March 4, 2014
              Defendants.                   **Hearing Time:** 1:00 p.m.
24                                          **Location:**  Courtroom 1, 4th Floor
                                            **Judge:**  Hon. Saundra Brown Armstrong
25

26

27

28

ZIPTRONIX'S ~~PROPOSED~~ ORDER                    1            Case No.: 4:10-cv-05525-SBA(EDL)

1

2

**[PROPOSED] ORDER**

3

Upon good cause shown, **IT IS HEREBY ORDERED** that PLAINTIFF ZIPTRONIX,

4

INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' MATERIAL

5

(D.E. 383) is GRANTED and the following documents shall be filed under seal by the Clerk:

6

-   Certain portions of Plaintiff Ziptronix, Inc.'s Response in Opposition to Defendant Taiwan

7

    Semiconductor Manufacturing Company, Ltd. and TSMC North America Corp.'s Motion

8

    for Summary Judgment;

9

-   Certain portions of the Declaration of Travis Iams in Support of Ziptronix, Inc.'s Response

10

    in Opposition to Defendant Taiwan Semiconductor Manufacturing Company, Ltd. and

11

    TSMC North America Corp.'s Motion for Summary Judgment;

12

-   Exhibits 1, 2, 4-46, 51-53, and 59-76 to the Declaration of Travis Iams in Support of

13

    Ziptronix, Inc.'s Response in Opposition to Defendant Taiwan Semiconductor

14

    Manufacturing Company, Ltd. and TSMC North America Corp.'s Motion for Summary

15

    Judgment.

16

17

**IT IS SO ORDERED.**

18

Dated: April 21, 2014

19

HONORABLE SAUNDRA BROWN
ARMSTRONG

20

United States District Court Judge

21

22

23

24

25

26

27

28