MICHAEL J. LYONS (SBN 202284)
MICHAEL F. CARR (SBN 259911)
DAVID. L. SIMSON (SBN 287900)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:    650.843.4000
Fax:   650.843.4001
Email: mlyons@morganlewis.com
Email: mcarr@morganlewis.com
Email: dsimson@morganlewis.com

Attorneys for Defendant
OMNIVISION TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>OMNIVISION TECHNOLOGIES, INC.,<br>TAIWAN SEMICONDUCTOR<br>MANUFACTURING COMPANY LTD.,<br>and TSMC NORTH AMERICA CORP.,<br><br>　　　　　　Defendants. | Case No. 4:10-cv-05525 SBA (EDL)<br><br>[PROPOSED] **ORDER GRANTING OMNIVISION TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:　　　March 4, 2014<br>Time:　　　1:00 P.M.<br>Location:　Courtroom 1, 4th Floor<br>Judge:　　　Hon. Saundra Brown Armstrong<br><br>Date Filed: December 6, 2010<br><br>Trial Date: Not assigned |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER GRANTING ADMIN.
MOT. TO FILE DOCUMENTS UNDER SEAL
4:10-CV-05525 SBA (EDL)

1    The Court has fully considered the papers and arguments presented by the parties. Good cause having been shown, Defendant OmniVision Technologies, Inc.'s ("OmniVision") Administrative Motion to File Documents under Seal is hereby **GRANTED**.

The redacted, publicly filed versions of:

- OmniVision's Reply To Ziptronix's Response To TSMC's Motion For Summary Judgment; and
- Declaration of Ray Cisneros In Support of OmniVision's Reply To Ziptronix's Response To TSMC's Motion For Summary Judgment

are correctly redacted to avoid disclosure of OmniVision's confidential business information. Their unredacted versions will remain under seal.

The following document will remain under seal in its entirety in order to avoid disclosure of OmniVision's confidential business information:

- Exhibit A to the Declaration of Ray Cisneros In Support of OmniVision's Reply To Ziptronix's Response To TSMC's Motion For Summary Judgment.

**IT IS SO ORDERED**.

Dated: ___4/21/2014___

_[signature: Saundra B. Armstrong]_
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

1

[PROPOSED] ORDER GRANTING ADMIN. MOT.
TO FILE DOCUMENTS UNDER SEAL
4:10-CV-05525 SBA (EDL)