KEKER & VAN NEST LLP
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
LEO L. LAM - # 181861
llam@kvn.com
STEVEN A. HIRSCH - #171825
shirsch@kvn.com
QUYEN L. TA - # 229956
qta@kvn.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@kvn.com
THOMAS E. GORMAN - # 279409
tgorman@kvn.com
WINSTON LIAW - # 273899
wliaw@kvn.com
PHILIP J. TASSIN - # 287787
ptassin@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants
TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY
LTD.; and TSMC NORTH AMERICA CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ZIPTRONIX, INC.,

Plaintiff,

v.

OMNIVISION TECHNOLOGIES, INC.;
TAIWAN SEMICONDUCTOR
MANUFACTURING COMPANY LTD.;
and TSMC NORTH AMERICA CORP.,

Defendants.

Case No. 4:10-CV-05525-SBA (EDL)

[PROPOSED] ORDER GRANTING TSMC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

Date:         March 4, 2014
Time:         1:00 p.m.
Dept.:        Courtroom 1, 4th Floor
Judge:        Hon. Saundra Brown Armstrong

Date Filed: December 6, 2010

Trial Date:  Not assigned

[PROPOSED] ORDER GRANTING TSMC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL
Case No. 4:10-CV-05525-SBA (EDL)

804452.01

1    The Court has fully considered the papers and arguments presented by the parties.  Good

2  cause having been shown, Defendants' Administrative Motion to File Documents under Seal is

3  hereby **GRANTED**.

4    The redacted, publicly filed versions of:

5    • TSMC-Ltd's and TMSC-NA's Reply in Support of Their Motion for Summary

6      Judgment.

7    • Exhibits A1 and A2 (graphic representations).

8    • Exhibit C (Cheng Depo.)

9  are correctly redacted to avoid disclosure of confidential business information.  Their unredacted

10  versions will remain under seal.

11    The following document will remain under seal in its entirety in order to avoid disclosure

12  of confidential business information:

13    • Exhibit B (Cisneros Deposition).

14

15    **IT IS SO ORDERED.**

16

17  DATE:   4/21/2014

       HONORABLE SAUNDRA BROWN ARMSTRONG
18     United States District Judge

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING TSMC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL
Case No. 4:10-CV-05525-SBA (EDL)

804452.01