SEAN P. DEBRUINE (SBN 168071)
sean.debruine@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, California 94025-4008
Telephone:  (650) 838-2000
Facsimile:  (650) 838-2001

RICHARD M. MCDERMOTT (*pro hac vice*)
rick.mcdermott@alston.com
BLAS P. ARROYO (*pro hac vice*)
blas.arroyo@alston.com
JITENDRA MALIK (*pro hac vice*)
jitty.malik@alston.com
TRAVIS IAMS (*pro hac vice*)
Travis.iams@alston.com
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
Telephone:  (704) 444-1000
Facsimile:  (704) 444-1111

Attorneys for Plaintiff
ZIPTRONIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OMNIVISION TECHNOLOGIES, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., and TSMC NORTH AMERICA CORP.<br><br>　　　　　Defendants. | Case No.: 4:10-cv-05525-SBA(EDL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ZIPTRONIX, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**Hearing Date:** March 4, 2014<br>**Hearing Time:** 1:00 p.m.<br>**Location:** Courtroom 1, 4th Floor<br>**Judge:** Hon. Saundra Brown Armstrong |

1
2
**[PROPOSED] ORDER**

Upon good cause shown, **IT IS HEREBY ORDERED** that PLAINTIFF ZIPTRONIX, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (D.E. 402) is GRANTED and the following documents shall be filed under seal by the Clerk:

- Certain portions of Plaintiff Ziptronix, Inc.'s Objection to Co-Defendant OmniVision's Reply Brief and New Evidence.

**IT IS SO ORDERED.**

Dated: April 21, 2014

_Saundra B Armstrong_
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Court Judge