Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ziptronix, Inc.

　　　　　　　Plaintiff(s),

　　v.

Omnivision Technologies, Inc., et al.

　　　　　　　Defendant(s).

Case No: 4:10-cv-005525-

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

　　I, Joseph M. Janusz, an active member in good standing of the bar of the W.D. of North Carolina, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Ziptronix, Inc. in the above-entitled action. My local co-counsel in this case is Xavier M. Brandwajn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 101 S. Tryon St., Suite 4000<br>Charlotte, NC 28280 | 1950 University Ave., 5th Floor<br>East Palo Alto, CA 94303 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (704) 444-1338 | (650) 838-2000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| joe.janusz@alston.com | xavier.brandwajn@alston.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 44493.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/07/14

　　　　　　　　　　　　　　　　　　Joseph M. Janusz
　　　　　　　　　　　　　　　　　　　APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　　IT IS HEREBY ORDERED THAT the application of Joseph M. Janusz is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/9/2014

　　　　　　　　　　　　　　　　　　*Sandra B. Armstrong*
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

__Western__  DISTRICT OF  __North Carolina__

**CERTIFICATE OF GOOD STANDING**

I, __Frank G. Johns__, *Clerk of this Court*,

certify that __Joseph Janusz__, *Bar #* __44493__,

*was duly admitted to practice in this Court on*

__9/27/2012__
DATE

, *and is in good standing as a member of the Bar of this Court.*

Dated at __Charlotte__ on __7/7/2014__ .
LOCATION                    DATE

_Frank S. Johns_
CLERK

_[signature]_
DEPUTY CLERK