Michael J. Lyons, Bar No. 202284
Michael F. Carr, Bar No. 259911
David Lance Simson, Bar No. 287900
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001
mlyons@morganlewis.com
mcarr@morganlewis.com
dsimson@morganlewis.com

Attorneys for Defendant
OMNIVISION TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC.,<br><br>         Plaintiff,<br><br>     vs.<br><br>OMNIVISION TECHNOLOGIES, INC.;<br>TAIWAN SEMICONDUCTOR<br>MANUFACTURING COMPANY LTD.; and<br>TSMC NORTH AMERICA CORP.,<br><br>         Defendants. | Case No. 4:10-CV-05525-SBA (EDL)<br><br>**[PROPOSED]** **ORDER GRANTING OMNIVISION TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:     Hon. Saundra Brown Armstrong<br>Date of Filing:     December 6, 2010<br>Trial Date:   Not assigned |

The Court, after having fully considered the papers and arguments presented by the parties, and good cause having been shown, hereby **GRANTS** OmniVision Technologies, Inc.'s ("OmniVision") Administrative Motion to File Documents Under Seal.

The redacted, publicly filed versions of:

- OmniVision's Notice of Motion and Motion for Summary Judgment of Noninfringement of Non-U.S. Sales;

- The Declaration of Ray Cisneros in Support of OmniVision's Motion for

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 25380896.1

1

[PROPOSED] ORDER GRANTING
OMNIVISION'S ADMIN.MOT.TO
FILE DOCUMENTS UNDER SEAL
4:10-CV-05525-SBA (EDL)

1  Summary Judgment of Noninfringement of Non-U.S. Sales;

2  - The Declaration of Howard Rhodes in Support of OmniVision's Motion for
3    Summary Judgment of Noninfringement of Non-U.S. Sales;

4  - Exhibit B to the Declaration of Michael J. Lyons in Support of OmniVision's
5    Motion for Summary Judgment of Noninfringement of Non-U.S. Sales ("Lyons
6    Declaration");

7  - Exhibit C to the Lyons Declaration;

8  - Exhibit D to the Lyons Declaration; and

9  - Exhibit F to the Lyons Declaration;

are correctly redacted to avoid disclosure of OmniVision's confidential business information.  Their unredacted versions will remain under seal.

Exhibit A to the Declaration of Ray Cisneros and Exhibit A to the Declaration of Michael J. Lyons will remain under seal in their entirety in order to avoid disclosure of OmniVision's confidential business information.

**IT IS SO ORDERED**.

Dated: 12/17/2014

By _/s/ Sandra B. Armstrong_
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Court Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 25380896.1

2

[PROPOSED] ORDER GRANTING OMNIVISION'S ADMIN.MOT.TO FILE DOCUMENTS UNDER SEAL
4:10-CV-05525-SBA (EDL)