Xavier M. Brandwajn (SBN 246218)
Xavier.brandwajn@alston.com
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone:     (650) 838-2000
Facsimile:      (650) 838-2001

RICHARD M. MCDERMOTT (admitted *pro hac vice*)
rick.mcdermott@alston.com
BLAS P. ARROYO (admitted *pro hac vice*)
blas.arroyo@alson.com
JITENDRA MALIK (admitted *pro hac vice*)
jitty.malik@alston.com
TRAVIS J. IAMS (admitted *pro hac vice*)
travis.iams@alston.com
JOSEPH M. JANUSZ (admitted *pro hac vice*)
joe.janusz@alston.com
ALSTON & BIRD, LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina  28280-4000
Telephone:  (704) 444-1000
Facsimile:  (704) 444-1111

Attorneys for Plaintiff
ZIPTRONIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC.,<br><br>           Plaintiff,<br><br>   v.<br><br>OMNIVISION TECHNOLOGIES, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., and TSMC NORTH AMERICA CORP.<br><br>           Defendants. | Case No.: 4:10-cv-05525-SBA(EDL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ZIPTRONIX, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THIRD PARTY APPLE, INC.'S DOCUMENTS** |

**[PROPOSED] ORDER**

Upon good cause shown, **IT IS HEREBY ORDERED** that PLAINTIFF ZIPTRONIX, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THIRD PARTY APPLE, INC.'S DOCUMENTS (D.E. 501) is GRANTED and the following documents shall be filed under seal by the Clerk:

- Exhibits 10, 14 and 17 to the Declaration of Travis J. Iams in Support of Plaintiff Ziptronix, Inc.'s Brief in Opposition to Defendant OmniVision Technologies, Inc.'s Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: 12/17/2014

HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Court Judge