Xavier M. Brandwajn (SBN 246218)
Xavier.brandwajn@alston.com
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone:    (650) 838-2000
Facsimile:      (650) 838-2001

RICHARD M. MCDERMOTT (admitted *pro hac vice*)
rick.mcdermott@alston.com
BLAS P. ARROYO (admitted *pro hac vice*)
blas.arroyo@alson.com
JITENDRA MALIK (admitted *pro hac vice*)
jitty.malik@alston.com
TRAVIS J. IAMS (admitted *pro hac vice*)
travis.iams@alston.com
JOSEPH M. JANUSZ (admitted *pro hac vice*)
joe.janusz@alston.com
ALSTON & BIRD, LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina  28280-4000
Telephone:  (704) 444-1000
Facsimile:  (704) 444-1111

Attorneys for Plaintiff
ZIPTRONIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>OMNIVISION TECHNOLOGIES, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., and TSMC NORTH AMERICA CORP.<br><br>                    Defendants. | Case No.: 4:10-cv-05525-SBA(EDL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ZIPTRONIX, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANT'S MATERIAL** |

# [~~PROPOSED~~] ORDER

Upon good cause shown, **IT IS HEREBY ORDERED** that PLAINTIFF ZIPTRONIX, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' MATERIAL (D.E. 502) is GRANTED and the following documents shall be filed under seal by the Clerk:

- Certain portions of Plaintiff Ziptronix, Inc.'s Brief in Opposition to Defendant OmniVision Technologies, Inc.'s Motion for Summary Judgment;

- Certain portions of the Declaration of Travis J. Iams in Support of Plaintiff Ziptronix, Inc.'s Brief in Opposition to Defendant OmniVision Technologies, Inc.'s Motion for Summary Judgment;

- Exhibits 1-9, 11-13, 15-16 and 18-23 to the Declaration of Travis J. Iams in Support of Plaintiff Ziptronix, Inc.'s Brief in Opposition to Defendant OmniVision Technologies, Inc.'s Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: 12/17/2014

HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Court Judge