Michael J. Lyons, Bar No. 202284
Michael F. Carr, Bar No. 259911
David Lance Simson, Bar No. 287900
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001
mlyons@morganlewis.com
mcarr@morganlewis.com
dsimson@morganlewis.com

Attorneys for Defendant
OMNIVISION TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OMNIVISION TECHNOLOGIES, INC.; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD.; and TSMC NORTH AMERICA CORP., <br><br> Defendants. | Case No. 4:10-CV-05525-SBA (EDL) <br><br> [~~PROPOSED~~] **ORDER GRANTING OMNIVISION TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** <br><br> Judge:   Hon. Saundra Brown Armstrong <br> Date of Filing:   December 6, 2010 <br> Trial Date:   Not assigned |

The Court, after having fully considered the papers and arguments presented by the parties, and good cause having been shown, hereby **GRANTS** OmniVision Technologies, Inc.'s ("OmniVision") Administrative Motion to File Documents Under Seal.

The redacted, publicly filed versions of:

- Omnivision Technologies, Inc.'s Reply In Support of OmniVision's Motion For Summary Judgment of Noninfringement Of Non-U.S. Sales;

- The Declaration of Rafael Taylor in Support of OmniVision's Reply in Support of OmniVision's Motion for Summary Judgment of Noninfringement of Non-U.S. Sales; and
- The Unredacted version of Exhibit A to the Declaration of Michael J. Lyons in Support of OmniVision's Reply in Support of OmniVision's Motion for Summary Judgment of Noninfringement of Non-U.S. Sales

are correctly redacted to avoid disclosure of OmniVision's confidential business information. Their unredacted versions will remain under seal.

**IT IS SO ORDERED**.

Dated: 12/17/2014

By: *[signature]*
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Court Judge