UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>OMNIVISION TECHNOLOGIES, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., and TSMC NORTH AMERICA CORP.,<br><br>    Defendants. | Case No:  C 10-05525 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY ORDERED THAT, pursuant to the parties' request, the telephonic Case Management Conference (CMC) currently scheduled for July 23, 2015, is CONTINUED to <u>August 26, 2015 at 3:00 p.m.</u>  At least seven (7) calendar days prior to the CMC, the parties shall meet and confer and file an updated Joint CMC Statement.  The Statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff's counsel shall be responsible for filing the Joint CMC Statement and setting up the conference call.  At the date and time indicated above, Plaintiff's counsel shall call (510) 879-3550 with all parties on the line.  NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated:  July 17, 2015

SAUNDRA BROWN ARMSTRONG
United States District Judge