UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OMNIVISION TECHNOLOGIES, INC.; et al., <br><br> Defendants. | Case No:  C 10-5525 SBA <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to the request of the parties in their Updated Joint Case Management Statement, the telephonic Case Management Conference currently scheduled for January 20, 2016 is CONTINUED to February 11, 2016 at 3:00 p.m.  At least seven (7) calendar days prior to the conference, the parties shall meet and confer and file a Joint Case Management Statement in accordance with Civil Local Rule 16-9.  Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call.  At the date and time indicated above, Plaintiff's counsel shall call (510) 879-3550 with all parties on the line.  NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated:  1/14/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge