UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZIPTRONIX, INC.,<br><br>           Plaintiff,<br><br>     vs.<br><br>OMNIVISION TECHNOLOGIES, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., and TSMC NORTH AMERICA CORP.,<br><br>           Defendants. | Case No:  C 10-05525 SBA<br><br>**ORDER** |

By no later than August 16, 2016, the parties shall file a joint status report advising the Court as the outcome of the recent mediation, and their proposal for further handling of the action. In addition, the joint statement shall specify whether a further Case Management Conference is appropriate.

IT IS SO ORDERED.

Dated:  August 11, 2016

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge